# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOLAR EXCLUSIVE, LLC,<br><br>    Plaintiff<br><br>v.<br><br>JOHNATHON OROW,<br><br>    Defendant | Case No.: 2:23-cv-01623-APG-EJY<br><br>**Order (1) Deeming Order to Show Cause Satisfied and (2) Striking Certificate of Interested Parties** |

In light of plaintiff Solar Exclusive, LLC's response to the order to show cause (ECF No. 6),

I ORDER that the order to show cause (ECF No. 4) is satisfied and I will not dismiss this case for lack of subject matter jurisdiction.

I FURTHER ORDER that plaintiff Solar Exclusive, LLC's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by October 31, 2023.

DATED this 20th day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE