# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOLAR EXCLUSIVE, LLC, | Case No.: 2:23-cv-01623-APG-EJY |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| JONATHON OROW, | |
| Defendant | |

I ORDER that defendant Jonathon Orow's certificate of interested parties (ECF No. 16) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). That rule requires parties in cases where the court's jurisdiction is based on diversity to identify the citizenship of every individual or entity whose citizenship is attributed to that party. Although it appears based on the address on the certificate that Orow is a citizen of Michigan, the certificate does not identify Orow's citizenship as required by Rule 7.1(a)(2).

I FURTHER ORDER defendant Jonathon Orow to file a proper certificate of interested parties by December 29, 2023.

DATED this 14th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE