UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOLAR EXCLUSIVE, LLC,<br><br>    Plaintiff<br><br>v.<br><br>JOHNATHON OROW,<br><br>    Defendant | Case No.: 2:23-cv-01623-APG-EJY<br><br>**Order for Entry of Judgment** |

     Plaintiff Solar Exclusive, LLC sued defendant Johnathon Orow for breach of contract, breach of the implied covenant of good faith and fair dealing, and alternatively, for unjust enrichment. I previously granted Solar Exclusive's motion for summary judgment on its breach of contract claim in the amount of $51,890, plus attorney's fees and costs. ECF No. 25. I dismissed Solar Exclusive's alternative unjust enrichment claim as moot, and I directed Solar Exclusive to clarify if its claim for breach of the covenant of good faith and fair dealing is duplicative of its breach of contract claim. *Id.* Finally, I granted Solar Exclusive's request for summary judgment that it is entitled to attorney's fees and costs and directed Solar Exclusive to move for fees and costs consistent with Federal Rule of Civil Procedure 54 and the Local Rules. *Id.*

     Solar Exclusive has now clarified that it consents to the dismissal of its breach of covenant claim as moot. ECF No. 27. It also has filed a motion for attorney's fees and costs, which I will address by separate order. ECF No. 26.

     I THEREFORE ORDER that plaintiff Solar Exclusive LLC's claim for breach of the covenant of good faith and fair dealing is denied as moot.

I FURTHER ORDER the clerk of court to enter judgment in favor of Solar Exclusive LLC and against defendant Johnathon Orow in the amount of $51,890, and to close this case.

DATED this 23rd day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE